THOMAS A. WOODS (SB #210050)
thomas.woods@stoel.com
LE T. DUONG (SB #297662)
le.duong@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone:  (916) 447-0700
Facsimile:  (916) 447-4781

Attorneys for Defendant
CALIFORNIA CHECK CASHING STORES, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DAVID KATZAKIAN and SUSAN KATZAKIAN,<br><br>                    Plaintiffs,<br><br>        v.<br><br>CALIFORNIA CHECK CASHING STORES, LLC,<br><br>                    Defendant. | Case No. 1:15-cv-00277-BAM<br><br>STIPULATION AND ORDER RESCHEDULING MOTION TO DISMISS COMPLAINT OF DEFENDANT CALIFORNIA CHECK CASHING STORES, LLC<br><br>Date:    April 3, 2015<br>Time:   9:00 a.m.<br>Dept:    8, 6th Floor<br>Judge:  Honorable Barbara A. McAuliffe |

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION AND [PROPOSED] ORDER
RESCHEDULING MOTION TO DISMISS

CASE NO. 1:15-CV-00277-BAM

78501421.1 0043773-00037

## STIPULATION

Pursuant to Local Rule 230(f), Plaintiffs David Katzakian and Susan Katzakian ("Plaintiffs") and Defendant California Check Cashing Stores, LLC ("Defendant"), collectively, "the Parties," submit the following Stipulation:

WHEREAS, Defendant filed its Motion to Dismiss on February 27, 2015.

WHEREAS, Plaintiffs' Opposition to Defendant's Motion to Dismiss is currently due to be filed on or before March 20, 2015.

WHEREAS, Defendant's Reply in Support of Defendant's Motion to Dismiss is currently due to be filed on or before March 27, 2015.

WHEREAS, the Parties agree to stay or otherwise continue pending deadlines in the case so that efforts can be devoted to resolving the matter without additional, unnecessary fees and costs being incurred by either party.

IT IS HEREBY STIPULATED AND AGREED by the Parties herein as follows:

THAT Plaintiffs file their Opposition to Defendant's Motion to Dismiss on or before April 3, 2015, or at a later date convenient to the Court.

THAT Defendant file its Reply in support of Defendant's Motion to Dismiss on or before April 10, 2015, or at a later date convenient to the Court.

THAT Defendant's Motion to Dismiss currently set for April 3, 2015 be vacated and continued to April 17, 2015, or at a later date convenient to the Court, so that the parties may continue to attempt to resolve their issue, in their entirety, without further involvement of the Court;

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: March 18, 2015 | STOEL RIVES LLP |
| 3 | | |
| 4 | | |
| 5 | | By: /s/ Thomas A. Woods<br>    THOMAS A. WOODS |
| 6 | | Attorneys for Defendant<br>CALIFORNIA CHECK CASHING |
| 7 | | STORES, LLC |
| 8 | | |
| 9 | DATED: March 18, 2015 | LAW OFFICES OF TODD M. FRIEDMAN |
| 10 | | |
| 11 | | By: /s/ Suren N. Weerasuriya |
| 12 | | (as authorized on 3/17/15)<br>    TODD M. FRIEDMAN |
| 13 | | SUREN N. WEERASURIYA<br>Attorneys for Plaintiffs |
| 14 | | DAVID KATZAKIAN and SUSAN<br>KATZAKIAN |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION AND ORDER
RESCHEDULING MOTION TO DISMISS        -2-        CASE NO. 1:15-CV-00277-BAM

78501421.1 0043773-00037

## ORDER

Based upon the foregoing Stipulation of the Parties and for good cause appearing, IT IS HEREBY ORDERED that the Parties' request to continue the Motion to Dismiss currently set for April 3, 2015 is GRANTED. The hearing set for April 3, 2015, at 9:00 a.m. is VACATED. The new hearing date for the Motion to Dismiss will now be held **May 22, 2015 at 9:00 a.m**.

Plaintiffs' Opposition to Defendant's Motion to Dismiss must now be filed with the Court on or before **May 8, 2015**.

Defendant's Reply in Support of their Motion to Dismiss must now be filed with the Court on or before **May 15, 2015**.

**The parties shall notify the Court forthwith if this case settles.**

IT IS SO ORDERED.

Dated:   **March 20, 2015**         /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION AND ORDER
RESCHEDULING MOTION TO DISMISS      -3-      CASE NO. 1:15-CV-00277-BAM

78501421.1 0043773-00037