# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID KATZAKIAN, et al.,** | ) Case No. 1:15-cv-00277-BAM |
| Plaintiff(s) | ) |
| | ) **ORDER** |
| vs. | ) |
| | ) |
| **CALIFORNIA CHECK CASHING STORES, LLC,** | ) |
| | ) |
| Defendant. | ) |

   IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss (Doc. 16)  this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and attorney fees.   The Clerk of the Court is instructed to close this case.

IT IS SO ORDERED.

Dated:  **May 29, 2015**                                  /s/ Barbara A. McAuliffe
                                                          UNITED STATES MAGISTRATE JUDGE